IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GREG TURNER, as legal guardian of S.T., a minor child,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT, *et al*,<br><br>　　　　Defendants. | **[PROPOSED]**<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-cv-00870-TS-DAO<br><br>Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

The Court, pursuant to the Stipulated Motion of the Parties and for good cause appearing, hereby ORDERS that the Amended Complaint and all proceedings in this case be dismissed with prejudice, each Party to bear its own attorney's fees and costs.

　　　SO ORDERED this _____ day of May 2021.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Daphne A. Oberg
　　　　　　　　　　　　　　　United States Magistrate Judge